# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
June 10, 2010

Lyle W. Cayce
Clerk

No. 08-30774
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ALEXANDER ANJULO-JARAMILLO, also known as Luiz Rivera-Garcia,

Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:98-CR-83-4

Before KING, STEWART, and HAYNES, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Alexander Anjulo-Jaramillo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Anjulo-Jaramillo has filed a response. Our independent review of the record, counsel's brief, and Anjulo-Jaramillo's response discloses no nonfrivolous issue for appeal. Counsel has shown that there is no nonfrivolous issue for appeal concerning whether Anjulo-Jaramillo was entitled to a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) based on the amendments to the cocaine base guidelines provision or Amendments 707 and 709.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.